47854. WILLIAMSON v. PERRET'S FARMS, INC. et al.

PANNELL, Judge. This case is controlled by the decision written in *Williamson v. Perret's Farms, Inc.,* 128 Ga. App. 687.

*Judgment reversed. Eberhardt, P. J., and Stolz, J., concur.*
ARGUED FEBRUARY 13, 1973 — DECIDED APRIL 3, 1973.

*Peek, Whaley & Haldi, Glenville Haldi, R. Joseph Costanzo, Jr.,* for appellant.

*Henning, Chambers & Mabry, Walter B. McClelland,* for appellees.